JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DANIEL A. MARTINEZ, | Case No. 2:21-cv-06989-FLA (MAR) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN, | |
| Respondent. | |

Pursuant to the Order Denying Motion for Extension of Time, Dismissing Matter Without Prejudice, and Denying Certificate of Appealability, **IT IS HEREBY ADJUDGED** that this action is **DISMISSED** without prejudice.

Dated: September 8, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge